648

Francisco CEPERO, Appellant,

v.

Hon. Felisa RINCON DE GAUTIER, Manager, City Government, Appellee.

No. 15, Docket 25548.

United States Court of Appeals Second Circuit.

Submitted Oct. 8, 1959.

Decided Oct. 13, 1959.

Francisco Cepero, pro se.

Before LUMBARD, WATERMAN and FRIENDLY, Circuit Judges.

PER CURIAM.

Upon the submission of the appeal, the appeal is dismissed as it is clear that the District Court properly held that it had no jurisdiction.

Hyman GOLDBERG, Plaintiff-Appellant,

v.

CITY OF NEW YORK and Daniel F. Sullivan, Defendants-Appellees.

No. 27, Docket 25526.

United States Court of Appeals Second Circuit.

Argued Oct. 15, 1959.

Decided Oct. 15, 1959.

Hyman Goldberg, New York City, pro se.

Daniel Cohen, New York City, for appellee.

Before CLARK, Chief Judge, MOORE, Circuit Judge, and SMITH, District Judge.

PER CURIAM.

Affirmed in open court.

SECURITY RESERVE CORP., Richard J. Miller and George Eng, Plaintiffs-Appellants,

v.

Siegfried F. WOLFF, Defendant-Appellee.

No. 10, Docket 25518.

United States Court of Appeals Second Circuit.

Argued Oct. 15, 1959.

Decided Oct. 15, 1959.

Bernard Novick, New York City, for plaintiffs-appellants.

Guggenheimer & Untermyer, New York City, for defendant-appellee.

Before CLARK, Chief Judge, MOORE, Circuit Judge, and SMITH, District Judge.

PER CURIAM.

Affirmed in open court.